United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YUNG KIM,

    Plaintiff,

  v.

VOLKSWAGEN GROUP OF AMERICA, INC.,

    Defendant.
_____/

No. 12-01156 CW

ORDER DECLINING STIPULATION ON BRIEFING SCHEDULE

ALI ASGHARI,

    Plaintiff,

  v.

VOLKSWAGEN GROUP OF AMERICA INC,

    Defendant.
_____/

No. 12-02177 CW

    The above entitled cases have been related. <u>Kim v. Volkswagen Group of America Inc.</u> is set for case management conference, motion to dismiss, and motion to transfer on Thursday, July 19, 2012. The parties in <u>Asghari v. Volkswagen Group of America Inc.</u> have submitted a stipulation that Defendant will file its motion to dismiss on July 11, 2012, the opposition would be filed on August 3, 2012, and the reply on August 24, 2012. The hearing would be held on August 30, 2012. This schedule does not comport with the Local Rules, which provide that a reply is submitted fourteen days before the hearing, time the Court needs to prepare. The Court would like to hear these three motions and

1  hold both case management conferences on the same date.  All
2  parties in both cases are directed to meet and confer and attempt
3  to agree upon a schedule that will accommodate these
4  considerations, with a hearing on any Thursday that the Court is
5  available.  If the parties are unable to agree within seven days,
6  the Court will set a new schedule for both cases.

Dated:  6/8/2012

CLAUDIA WILKEN
United States District Judge