UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No:  2:13–cv–02527–MMM–VBK           Date:  1/30/2014
Title:  YUNG KIM V. VOLKSWAGEN GROUP OF AMERICA, INC. ET AL

Present: The Honorable  Margaret M. Morrow ,  U. S. District Judge

Deputy Clerk:  Anel Huerta
Court Reporter/Recorder:  Not Reported

    Attorneys Present for Plaintiff(s):        Attorneys Present for Defendant(s):
           Not Present                                    Not Present

**Proceedings:**     **(IN CHAMBERS)  DISMISSING CASE**

     On August 16, 2013, the parties filed a joint report. Upon review of the parties' report the court dismisses the action purusant to the stipulation reflected in the report.

                                                                                      : 00
                                                             Initials of Preparer:  ah